LITTLER MENDELSON, P.C.
Terri M. Solomon (TS-8836)
Michael P. Pappas (MP-6716)
885 Third Avenue, 16th Floor
New York, NY 10022
(212) 583-9600

Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHLEEN SHEEHAN,

        Plaintiff,

v.

WNYC Radio,

        Defendant.

06 CV 13421 (JSR)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-captioned action, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the above-entitled action be, and the same hereby is, voluntarily dismissed, with prejudice, without attorney's fees or costs to either party as against the other.

Dated: New York, New York
       June 19, 2007

PETER G. EIKENBERRY
Attorney for Plaintiff

By: _____
Peter G. Eikenberry (PGE-7257)
74 Trinity Place, Suite 1609
New York, NY 10006
(212) 385-1050

LITTLER MENDELSON, P.C.
Attorneys for Defendant

By: _____
Terri M. Solomon (TS-8836)
Michael P. Pappas (MP-6716)
885 Third Avenue – Suite 1600
New York, NY 10022
(212) 583-9600

SO ORDERED:

_____
Honorable Jed S. Rakoff
United States District Court Judge

6-23-07